UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendant. | Civil Action No. 25-2469 (CKK) |

## ANSWER

Defendant, the Office of the Director of National Intelligence (the "Defendant"), respectfully submits the following Answer to Plaintiff Judicial Watch, Inc.'s ("Plaintiff") Complaint (ECF No. 1) in this Freedom of Information Act ("FOIA") case. Defendant reserves its right to amend, alter, or supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of the litigation.

Defendant responds to the separately numbered paragraphs and requested relief contained in the Complaint. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents in response; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action. Defendant expressly denies all allegations in the Complaint, including the relief sought, that are not specifically admitted or otherwise qualified in this Answer. Defendant responds to the Complaint in like numbered paragraphs as follows:

## COMPLAINT[1]

The introductory paragraph purports to characterize the purpose of this lawsuit, to which no response is required. Defendant admits that Plaintiff brings this case under FOIA. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

## JURISDICITON AND VENUE

1.    This paragraph sets forth legal conclusions regarding jurisdiction to which no response is required. To the extent a response is required, Defendant admits that this Court has jurisdiction over this matter subject to the terms and limitations of FOIA.

2.    This paragraph sets forth legal conclusions regarding venue to which no response is required. To the extent a response is required, Defendant admits that venue for claims under the FOIA is available in this district for proper FOIA challenges.

## PARTIES

3.    Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph.

4.    Defendant admits only that it is an agency of the United States Government subject to FOIA.

## STATEMENT OF FACTS

5.    Paragraph 5 of the Complaint purports to characterize the cited document. Defendant respectfully refers the Court to the cited document for its true and complete contents, and denies any allegations inconsistent therewith.

---

[1]    For ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

6.     Defendant admits the allegations in paragraph 6 of the Complaint.

7.     Defendant admits only that as of the date of the Complaint it has not issued a final response to Plaintiff's FOIA request and has not communicated with Plaintiff regarding the request since the letter referenced in Paragraph 6 of the Complaint.

### Count I
### (Violation of FOIA, 5 U.S.C. § 552)

8.     Defendant repeats and incorporates by reference the above paragraphs and all paragraphs of this Answer, and denies any allegation not expressly admitted therein.

9.     Paragraph 9 of the Complaint contains a legal conclusion, to which no response is required.  To the extent a response is required, Defendant denies the allegations in this paragraph.

10.     Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 10 of the Complaint.

11.     Paragraph 11 of the Complaint contains a legal conclusion, to which no response is required.  To the extent a response is required, Defendant admits only that it has not issued a final determination on Plaintiff's FOIA request and otherwise denies the allegations in this paragraph.

### REQUEST FOR RELIEF

The paragraph beginning with "WHEREFORE" contains Plaintiff's request for relief, to which no response is required.  Defendant denies that Plaintiff is entitled to any of the requested relief or to any relief whatsoever.

### DEFENSES

In further response to the Complaint, Defendant raises the following defenses.  Defendant denies each and every allegation contained in the Complaint not expressly admitted in its Answer. Defendant respectfully requests and reserves the right to amend, alter, or supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become

3

known to it through the course of the litigation.

### First Defense

The Court lacks subject-matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized under FOIA.

### Second Defense

Plaintiff is not entitled to compel production of responsive records protected from disclosure by one or more exemptions or exclusions to the FOIA, 5 U.S.C. § 552, as amended.

### Third Defense

Plaintiff's request is not a valid FOIA request because it does not reasonably describe the records sought as required by 5 U.S.C. § 552(a)(3)(A), and presents an unduly burdensome effort of review, redaction, or production for Defendant.

### Fourth Defense

Plaintiff is not entitled to any relief whatsoever, including attorney's fees and costs.

Dated:  September 2, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:            /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*

4