UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH,

Plaintiff,

v.

OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

Defendant.

Civil Action No. 25-2469 (CKK)

## JOINT STATUS REPORT

Pursuant to the Court's December 29, 2025, Minute Order, the parties submit this joint status report in this Freedom of Information Act ("FOIA") case.

In the last status report, the parties reported that they had reached agreement regarding the scope of Plaintiff's FOIA request, and that the Office of the Director of National Intelligence ("ODNI") was in the process of conducting a search.

ODNI reports that its search is ongoing.  ODNI anticipates that its search will be completed by April 14, 2026.  Once the search is complete, ODNI will review the results for responsiveness.  After this review is complete, ODNI will consult with other government agencies to the extent necessary, provide an estimated release date, and, if necessary, suggest a processing schedule to Plaintiff for rolling releases

In light of the above, the parties respectfully request that the Court permit them to file a further joint status report on or before June 24, 2026, and every ninety days thereafter until further order by the Court.

\*      \*      \*

Dated:  March 26, 2026

\_/s/ Christina Bobb_____
CHRISTINA BOBB
DC Bar #90021326
JUDICIAL WATCH, INC.
425 Third Street, Sw Suite 800
Washington, DC 20024
202-646-5172
Cbobb@judicialwatch.Org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ Dimitar P. Georgiev*_____
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*

2